NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JERAMEY WAYNE WESTERVELT,  )
DOC #H50268,  )
  )
      Appellant,  )
  )
v.  )     Case No. 2D17-1528
  )
STATE OF FLORIDA,  )
  )
      Appellee.  )
_____)

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Highlands
County; Peter F. Estrada, Judge.

Howard L. Dimmig, II, Public Defender,
and Matthew D. Bernstein, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

      Affirmed.


NORTHCUTT, SLEET, and SALARIO, JJ., Concur.